# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Martin Crofton, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:08-cv-01296-JOF |
| Bank of America, N.A. and : | |
| Phil Harrison, : | |
| : | |
| Defendants. : | |

## OPINION & ORDER

In its order from September 14, 2009, Docket Entry [17], this court adopted as modified the Report and Recommendation of Magistrate Judge Susan S. Cole. The court granted Defendant Bank of America, N.A.'s motion for summary judgment [11], and dismissed with prejudice all claims against Defendant Bank of America, N.A. The court also dismissed all claims against Defendant Harrison, without prejudice.

Pursuant to its grant of summary judgment to Defendant Bank of America, N.A., the court now DIRECTS the Plaintiff to pay Defendant Bank of America, N.A. $155,084.47. The Clerk of the Court is DIRECTED to vacate the clerk's judgment [18], and enter judgment against Plaintiff as per this order.

**IT IS SO ORDERED** this 16th day of September 2009.


                                                    /s J. Owen Forrester
                                                    J. OWEN FORRESTER
                                    SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)